UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES L. SPANN,                         )
                                        )
        Plaintiffs,                     )
                                        )
    vs.                                 )        Case No. 4:04CV228CDP
                                        )
LORNA BELL,                             )
                                        )
        Defendant.                      )

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion to reschedule the
telephone conference in this matter [#93] is granted.  The telephone scheduling
conference is reset to **Friday, March 9, 2007 at 9:30 a.m.  Counsel for the
plaintiff shall initiate the conference and have all parties on the line before
contacting the court.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2007.